STATE OF INDIANA ) IN THE ELKHART SUPERIOR COURT NO. 2
) SS:
ELKHART COUNTY ) CAUSE NO. 20D02-2407-CT-000187

LYNETTE SPELTS
c/o SWEENEY•JULIAN
1620 South Bend Avenue
South Bend, IN 46617,

Plaintiff,

v.

WAL-MART STORES EAST, LP
c/o CT Corporation System,
Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204, and

WSE MANAGEMENT, LLC,
c/o CT Corporation System,
Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204, and

Defendants.

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff Lynette Spelts, by counsel, for her cause of action against the Defendants, Wal-Mart Stores East, LP and WSE Management, LLC, states as follows:

1. At all times relevant Plaintiff Lynette Spelts was a resident of Elkhart County Indiana.

2. Defendant Wal-Mart Stores East, LP is a Delaware Limited Partnership of which WSE Management, LLC a Delaware Limited Liability Company, is the general partner. The sole member of WSE Management LLC, is Wal-Mart Stores

East, LLC, an Arkansas Limited Liability Holding Company, with a principal place of business at 708 S.W. 8th Street Bentonville, Arkansas.

3. Wal-Mart Stores East, LP (hereinafter referred to as "Wal-Mart") is registered to do business in the state of Indiana and its registered agent for the purposes of service of process is CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

4. Wal-Mart owns and operates a store in Elkhart County located at 175 County Rd 6 W, Elkhart, IN 46514.

5. On September 23, 2023, at approximately 2:30 p.m., Plaintiff was an invitee of the Wal-Mart store located at 175 County Rd 6 W, Elkhart, IN 46514.

6. At that time, after the plaintiff was shopping, she stepped into a uneven crack on the sidewalk pavement, tripped and fell violently to the ground causing serious injury to her person.

7. Defendant Wal-Mart owed Plaintiff, and all other invitees, a duty to maintain a safe premise so that invitees could safely navigate the premises. Wal-Mart's failure to fix the sidewalk pavement; its failure to warn invitees that dangerous conditions existed; and its failure to otherwise maintain its premises in a reasonably safe condition constitutes negligent conduct on the part of Defendant Wal-Mart.

8. As a direct and proximate result of the Defendant's negligence, the Plaintiff has sustained and, in the future, will continue to sustain, damages which include, but are not limited to:

A. Past and future pain and suffering; and

B. Past and future medical bills; and

C. Past and future economic loss; and

D. Loss of the ability to function as a whole person.

WHEREFORE, the Plaintiff, Lynette Spelts demands:

1. Trial by jury.

2. The costs of this action.

3. Full compensation for the injuries sustained.

4. Any and all just and proper relief in the premises.

Respectfully submitted:

**SWEENEY • JULIAN**

/s/ William A. Keller

William A. Keller 33653-71
Attorney for Plaintiff
1620 South Bend Avenue
South Bend, IN 46617
(574) 247-1234